CXE 17-020080
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-15, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN
INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE,
SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS
TRUSTEE

| IN RE: | UNITED STATES BANKRUPTCY COURT |
|---|---|
| | FOR THE DISTRICT OF NEW JERSEY |
| ALFREDO F CHAO AND | |
| CHRIS ANNE CHAO, DEBTORS | |
| | CASE NO.: 18-24434-VFP |
| | CHAPTER 13 |
| | |
| | HEARING DATE: SEPTEMBER 20, 2018 |

NOTICE OF OBJECTION TO CONFIRMATION

The undersigned, Shapiro & DeNardo, LLC, attorneys for the Secured Creditor,

LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-15, U.S.

Bank National Association, as Trustee, successor in interest to Bank of America National

Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, the

holder of a Mortgage on Debtors' property located at Lot 23 Block 303 Commonly known as 279

Highland Avenue, Wood Ridge a/k/a Wood-Ridge, New Jersey 07075, hereby objects to the

Confirmation of the Debtors' proposed Chapter 13 Plan on the following grounds:

　　　　1)　　　Debtors' proposed Chapter 13 Plan does not provide for the curing of the full

amount of the mortgage arrears accrued at the time of the Bankruptcy filing to Secured Creditor.

Debtors' Plan proposes to pay Secured Creditor $0.00.  Secured Creditor is owed pre-petition

arrears in the amount of $51,835.59.

2)      Debtors' Chapter 13 Plan does not provide for the Secured Creditor to receive

distributions with a value equal to the allowed amount of its claims required by 11

U.S.C.1325(a)(5)(B)(ii).

3)      Debtors' Plan provides for a potential loan modification offer to cure pre-petition

arrearages, but does not provide direction in the event this loan modification is not offered.


WHEREFORE, LEHMAN XS TRUST MORTGAGE PASS-THROUGH

CERTIFICATES, SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in

interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank

National Association, as Trustee respectfully requests that the Confirmation of Debtors' Chapter

13 plan be denied and that the Debtor be required to file an Amended Chapter 13 Plan providing

for full payment of arrears due to the Secured Creditor.


SHAPIRO & DENARDO, LLC


By: __/s/ Charles G. Wohlrab__
Charles G. Wohlrab, Esquire

Dated: 8/9/18

CXE 17-020080

Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-15, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE

| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| ALFREDO F CHAO AND | |
| CHRIS ANNE CHAO, DEBTORS | |
| | CASE NO.: 18-24434-VFP |
| | CHAPTER 13 |
| | |
| | HEARING DATE: SEPTEMBER 20, 2018 |

**CERTIFICATION OF SERVICE**

I, Emily White

1.　　☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Charles G. Wohlrab, Esquire, who represents the Secured Creditor in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2.　　On August 9, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Notice of Objection to Confirmation of Plan,

3.　　I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: August 9, 2018 _____　　　　/s/ Emily White _____
Emily White

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Javier L. Merino<br>Dann & Merino, PC<br>1 Meadowlands Plaza, Suite 200, Room 252<br>East Rutherford, NJ 07073 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Alfredo F Chao and Chris Anne Chao<br>279 Highland Ave<br>Wood Ridge, NJ 07075 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |

# SHAPIRO & DᴇNARDO, LLC

ATTORNEYS AT LAW
A PENNSYLVANIA LIMITED LIABILITY COMPANY

**14000 Commerce Parkway, Suite B**
**Mount Laurel, NJ 08054**
**Tel: (856) 793-3080    Fax: (847) 627-8809**

**GERALD M. SHAPIRO** +++
**DAVID S. KREISMAN** **
**CHRISTOPHER A. DᴇNARDO** +

+ Licensed in New Jersey and Pennsylvania
++ Licensed in New Jersey and New York
+++ Licensed in Illinois and Florida
++++ Licensed in New Jersey and Florida
+++++Licensed in Rhode Island and New Jersey
*+ Licensed in New Jersey, Pennsylvania, Florida
* Licensed in New Jersey Only
** Licensed in Illinois Only
***Licensed in Pennsylvania Only

**NJ Attorneys**
**CHANDRA M. ARKEMA** +
 **Managing Partner – NJ**
**KATHLEEN M. MAGOON** *
**Supervising Foreclosure Attorney**
**KRYSTIN M. KANE**+++++
**COURTNEY A. MARTIN**\*+
**DONNA L. SKILTON** +
**CHARLES G. WOHLRAB** +
**JEFFREY RAPPAPORT**\*
**GARY M. KANELLIS** ++
**Of Counsel**

August 9, 2018

United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Alfredo F Chao and Chris Anne Chao, Debtor
Case No:  18-24434-VFP
Chapter:  13
Secured Creditor:  LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in interest to Bank of
America National Association, as Trustee, successor by merger to LaSalle Bank National
Association, as Trustee
Our file number:  17-020080

Dear Court Clerk:

Enclosed please find Notice of Objection to Confirmation, said Confirmation Hearing presently
scheduled before the Court on September 20, 2018 at 10:00AM.

Thank you for your attention.

Very truly yours,
Shapiro & DeNardo, LLC

By: /s/ Charles G. Wohlrab_____
      Charles G. Wohlrab, Esquire

Enclosures
cc:     Javier L. Merino, Debtors' Attorney
         Marie-Ann Greenberg, Trustee, Trustee
         Alfredo F Chao and Chris Anne Chao, Debtors
         279 Highland Ave
         Wood Ridge, NJ 07075

**PENNSYLVANIA OFFICE**: 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406