Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24434−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alfredo F. Chao | Chris Anne Chao |
| 279 Highland Avenue | 279 Highland Avenue |
| Wood Ridge, NJ 07075 | Wood Ridge, NJ 07075 |

Social Security No.:
   xxx−xx−0996                                          xxx−xx−9681

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                9/20/18
Time:                10:00 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 8, 2018
JAN: dmc

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-24434-VFP
Alfredo F. Chao                                                     Chapter 13
Chris Anne Chao
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2            Date Rcvd: Aug 08, 2018
                              Form ID: 132           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db/jdb         +Alfredo F. Chao,    Chris Anne Chao,    279 Highland Avenue,    Wood Ridge, NJ 07075-1523
cr             +City of Union City,    Joel R. Glucksman, Esq.,     Scarinci & Hollenbeck,
                 1100 Valley Brook Avenue,    PO Box 790,    Lyndhurst, NJ 07071-0790
517652824      +Active Orthopedic & Sports Medicine,     attn: BILLING,    440 Old Hook Rd.,
                 Emerson, NJ 07630-1331
517652826      +Ashwood Fin,    1303 Stadium Ave,    Indianapolis, IN 46202
517678011      +City of Union City,    c/o Joel R. Glucksman, Esq.,     Scarinci & Hollenbeck, LLC,
                 1100 Valley Brook Avenue,    Lyndhurst, NJ 07071-3620
517652832      +DVCMC Association Manager,    PO Box 470727,    Celebration, FL 34747-0727
517652834       Ditech,    345 St. Peter Stre Saint,    Paul, MN 55102
517652836      +Hackensack Foot and Ankle Center,     24 Bergen St. Ste. 1,    Hackensack, NJ 07601-5461
517652840      +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517652841      +Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
517652842      +North Hudson Sewerage Authority,     1600 Adams St.,    Hoboken, NJ 07030-2304
517652843      +PSE&G Co.,    PO Box 14444,    New Brunswick, NJ 08906-4444
517652844       QVC Inc. Easy Pay,    Customer Service,    1200 Wilson Drive at Studio Park,
                 West Chester, PA 19380
517652845      +Santander,    Po Box 961245,    Fort Worth, TX 76161-0244
517652847       Sheraton Vistana Villages Resort Villas,,     2401 International Dr.,    Orlando, FL 32821
517652851      +Spring OB/GYN, PC,    PO Box 14099,    Belfast, ME 04915-4034
517652852      +State of New Jersey - Department of the Treas,     Division of Taxation,    PO box 1018,
                 Moorestown, NJ 08057-0018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517652825      +E-mail/Text: bankruptcy@acbhq.com Aug 08 2018 23:33:42      American Cb,    1200 N Federal Hwy,
                 Boca Raton, FL 33432-2803
517652827       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 23:38:56       Cap One,
                 Po Box 85015,    Richmond, VA 23285-5075
517652828      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2018 23:33:56      Cb/Avenue,    Po Box 182789,
                 Columbus, OH 43218-2789
517652829      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2018 23:33:56      Cb/Vicscrt,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
517652831      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2018 23:39:02       Creditonebnk,
                 Po Box 98872,    Las Vegas, NV 89193-8872
517652833       E-mail/Text: mrdiscen@discover.com Aug 08 2018 23:33:25      Discoverbank,    Pob 15316,
                 Wilmington, DE 19850
517663227       E-mail/Text: mrdiscen@discover.com Aug 08 2018 23:33:25      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517652837      +E-mail/Text: cio.bncmail@irs.gov Aug 08 2018 23:33:38      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517652848      +E-mail/Text: newyork.bnc@ssa.gov Aug 08 2018 23:34:38      Social Security Administration,
                 Mid-Atlantic Program Service Center,    300 Spring Garden St.,    Philadelphia, PA 19123-2992
517652850      +E-mail/Text: newyork.bnc@ssa.gov Aug 08 2018 23:34:38      Social Security Administration,
                 935 ALLWOOD RD,    Clifton, NJ 07012-1997
517652849      +E-mail/Text: newyork.bnc@ssa.gov Aug 08 2018 23:34:38      Social Security Administration,
                 Office of the General Counsel, Region II,    26 Federal Plaza, Room 3904,
                 New York, NY 10278-4199
517652853      +E-mail/Text: bankruptcydepartment@tsico.com Aug 08 2018 23:35:00       Transworld Systems, Inc.,
                 500 Virginia Dr. Ste. 514,    Fort Washington, PA 19034-2707
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517652830       Collbureau
517652835       Erc
517652838       Jeffcapsys
517652839       Kohls/Cap1
517652846       Sheraton Vista Villages
                                                                                   TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Aug 08, 2018
                                  Form ID: 132             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in interest to Bank of
               America National Association, as Trustee, successor by cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Javier L. Merino    on behalf of Joint Debtor Chris Anne  Chao jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Javier L. Merino    on behalf of Debtor Alfredo F. Chao jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@sh-law.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```