Certificate Number: 12433-NJ-DE-031468565

Bankruptcy Case Number: 18-24434



12433-NJ-DE-031468565

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2018</u>, at <u>10:13</u> o'clock <u>PM EDT</u>, <u>Chris Anne Chao</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:    <u>August 13, 2018</u>          By:    <u>/s/Lance Brechbill</u>

Name:    <u>Lance Brechbill</u>

Title:    <u>Teacher</u>