| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>*Attorneys for Creditor,* Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to Lasalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006<br>By: Jeanette F. Frankenberg, Esq. | |
| In Re:<br>   Alfredo F. Chao<br><br>   Chris Anne Chao<br>               Debtor(s). | Judge: Vincent F. Papalia, U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 18-24434-VFP |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to Lasalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:

        105 Eisenhower Parkway - Suite 302
        Roseland, NJ  07068

    DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

DATED:  September 21, 2018                        Stern Lavinthal & Frankenberg LLC

                                                                               By: /s/ *Jeanette F. Frankenberg, Esq.*
                                                                                     Jeanette F. Frankenberg, Esq.

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Attorneys for Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for  U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to Lasalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006<br>By: Jeanette F. Frankenberg, Esq. |

| | |
|---|---|
| In Re:<br>     Alfredo F. Chao<br><br>     Chris Anne Chao<br>               Debtor(s) | Judge: Vincent F. Papalia, U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 18-24434-VFP |

## CERTIFICATION OF SERVICE

1. I, Alicia Moore:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On September 21, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/   Alicia Moore*
Alicia Moore

Dated:  September 21, 2018

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alfredo F. Chao<br>279 Highland Avenue<br>Wood Ridge, NJ 07075<br><br>Chris Anne Chao<br>279 Highland Avenue<br>Wood Ridge, NJ 07075 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Javier L. Merino<br>DannLaw<br>1 Meadowlands Plaza<br>Suite 200<br>East Rutherford, NJ 07073 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marie-Ann Greenberg Esq.<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ  07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.