UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Alfredo F. Chao and
Chris Anne Chao

Order Filed on November 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-24434 (VFP)

Hearing Date:    11/1/2018

Judge:    Vincent F. Papalia

Chapter:    13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
TO PARTICIPATE IN LOSS MITIGATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 5, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

A motion or application having been filed on _____September 10_____, 20 _18_ by _Javier Merino, on behalf of the debtors,___ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.*

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*for the reasons set forth on the record on November 1, 2018.

*Rev. 7/1/04; jml*