JAVIER L. MERINO
DANN & MERINO, P.C.
1 MEADOWLANDS PLAZA
SUITE 200
EAST RUTHERFORD, NJ  07073

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
### Chapter 13 Case # 18-24434

| Re: | ALFREDO F. CHAO | Atty: | JAVIER L. MERINO |
|---|---|---|---|
|  | CHRIS ANNE CHAO |  | DANN & MERINO, P.C. |
|  | 279 HIGHLAND AVENUE |  | 1 MEADOWLANDS PLAZA |
|  | WOOD RIDGE,  NJ  07075 |  | SUITE 200 |
|  |  |  | EAST RUTHERFORD, NJ  07073 |

### RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/04/2018 | $3,466.00 | 5199702000 | 10/01/2018 | $3,466.00 | 5273434000 |
| 11/01/2018 | $3,466.00 | 5355569000 | 12/03/2018 | $3,466.00 | 5435189000 |
| 12/27/2018 | $3,466.00 | 5493431000 |  |  |  |

**Total Receipts: $17,330.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $17,330.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 894.22 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACTIVE ORTHOPEDIC & SPORTS MEDICI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 66.91 | 0.00% | 0.00 | 0.00 |
| 0003 | ASHWOOD FIN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE BANK | UNSECURED | 2,921.19 | 0.00% | 0.00 | 0.00 |
| 0005 | QUANTUM3 GROUP LLC | UNSECURED | 200.00 | 0.00% | 0.00 | 0.00 |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 294.51 | 0.00% | 0.00 | 0.00 |
| 0007 | COLLBUREAU | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 821.15 | 0.00% | 0.00 | 0.00 |
| 0010 | DISCOVER BANK | UNSECURED | 442.91 | 0.00% | 0.00 | 0.00 |
| 0011 | DITECH FINANCIAL LLC | MORTGAGE ARRE | 106,065.08 | 100.00% | 0.00 | 0.00 |
| 0012 | DIRECT TV, LLC | UNSECURED | 157.26 | 0.00% | 0.00 | 0.00 |
| 0013 | HACKENSACK FOOT AND ANKLE CENTE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | JEFFCAPSYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | KOHLS/CAP1 | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | NORTH HUDSON SEWERAGE AUTHORITY | SECURED | 6,030.54 | 0.00% | 0.00 | 0.00 |
| 0020 | PSE&G | UNSECURED | 2,816.41 | 0.00% | 0.00 | 0.00 |
| 0021 | QVC INC. EASY PAY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | SHERATON VISTA VILLAGES | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 18-24434**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0025 | SOCIAL SECURITY ADMINISTRATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | SPRING OB/GYN, PC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | DISCOVER BANK | UNSECURED | 1,025.38 | 0.00% | 0.00 | 0.00 |
| 0035 | UNITED STATES TREASURY/IRS | SECURED | 55,829.27 | 0.00% | 0.00 | 0.00 |
| 0036 | CITY OF UNION | SECURED | 3,171.15 | 100.00% | 0.00 | 0.00 |
| 0037 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | CAPITAL ONE BANK | UNSECURED | 2,019.71 | 0.00% | 0.00 | 0.00 |
| 0039 | LVNV FUNDING LLC | UNSECURED | 493.05 | 0.00% | 0.00 | 0.00 |
| 0040 | DISCOVERBANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 57,033.43 | 0.00% | 0.00 | 0.00 |
| 0042 | VSE VISTANA VILLAGES INC | MORTGAGE ARRE | 53.48 | 100.00% | 0.00 | 0.00 |
| 0043 | STATE OF NJ | SECURED | 10,458.49 | 100.00% | 0.00 | 0.00 |
| 0044 | STATE OF NJ | PRIORITY | 912.85 | 100.00% | 0.00 | 0.00 |
| 0045 | STATE OF NJ | UNSECURED | 11,456.64 | 0.00% | 0.00 | 0.00 |

**Total Paid: $894.22**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $17,330.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $894.22    =    Funds on Hand: $16,435.78

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.