Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–24434–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alfredo F. Chao                            Chris Anne Chao
279 Highland Avenue                        279 Highland Avenue
Wood Ridge, NJ 07075                       Wood Ridge, NJ 07075

Social Security No.:
xxx–xx–0996                                xxx–xx–9681

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 08/07/2018 and a confirmation hearing on such Plan has been scheduled for 9/20/2018.

The debtor filed a Modified Plan on 03/14/2019 and a confirmation hearing on the Modified Plan is scheduled for 4/18/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

A full copy of the modified Plan will follow this notice.

Dated: March 15, 2019
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-24434-VFP
Alfredo F. Chao                                                     Chapter 13
Chris Anne Chao
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Mar 15, 2019
                             Form ID: 186          Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
```
db/jdb      +Alfredo F. Chao,   Chris Anne Chao,   279 Highland Avenue,   Wood Ridge, NJ 07075-1523
cr          +City of Union City,   Joel R. Glucksman, Esq.,   Scarinci & Hollenbeck,
             1100 Valley Brook Avenue,   PO Box 790,   Lyndhurst, NJ 07071-0790
cr          +Kohl's,   Attn: Beckett and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,   Stern, Lavinthal & Frankenberg, LLC,
             105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
517652824   +Active Orthopedic & Sports Medicine,   attn: BILLING,   440 Old Hook Rd.,
             Emerson, NJ 07630-1331
517652826   +Ashwood Fin,   1303 Stadium Ave,   Indianapolis, IN 46202
517678011   +City of Union City,   c/o Joel R. Glucksman, Esq.,   Scarinci & Hollenbeck, LLC,
             1100 Valley Brook Avenue,   Lyndhurst, NJ 07071-3620
517652832   +DVCMC Association Manager,   PO Box 470727,   Celebration, FL 34747-0727
517652834    Ditech,   345 St. Peter Stre Saint,   Paul, MN 55102
517652836   +Hackensack Foot and Ankle Center,   24 Bergen St. Ste. 1,   Hackensack, NJ 07601-5461
517863681    Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517703916    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,   Nationstar Mortgage LLC d/b/a Mr. Cooper,
             Attn: Bankruptcy Department, PO Box 6190,   Dallas, TX 75261-9741
517652840   +Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517652841   +Nationwide Credit, Inc.,   PO Box 14581,   Des Moines, IA 50306-3581
517652842   +North Hudson Sewerage Authority,   1600 Adams St.,   Hoboken, NJ 07030-2304
517652843   +PSE&G Co.,   PO Box 14444,   New Brunswick, NJ 08906-4444
517652844    QVC Inc. Easy Pay,   Customer Service,   1200 Wilson Drive at Studio Park,
             West Chester, PA 19380
517704344   +SANTANDER CONSUMER USA,   P.O. Box 961245,   Fort Worth, TX 76161-0244
517956799   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Department of Treasury,
             Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
517652845   +Santander,   Po Box 961245,   Fort Worth, TX 76161-0244
517652847    Sheraton Vistana Villages Resort Villas,,   2401 International Dr.,   Orlando, FL 32821
517652851   +Spring OB/GYN, PC,   PO Box 14099,   Belfast, ME 04915-4034
517652852   +State of New Jersey - Department of the Treas,   Division of Taxation,   PO box 1018,
             Moorestown, NJ 08057-0018
517724543   +VSE Vistana Villages, Inc.,   9002 San Marco Court,   Orlando, FL. 32819-8600


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2019 23:34:03    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2019 23:34:01    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517652825   +E-mail/Text: bankruptcy@acbhq.com Mar 15 2019 23:33:46    American Cb,   1200 N Federal Hwy,
             Boca Raton, FL 33432-2803
517768361    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2019 23:37:20
             Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
             Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
517652827    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 15 2019 23:37:05    Cap One,
             Po Box 85015,   Richmond, VA 23285-5075
517725228    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 15 2019 23:37:30
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517652828   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 15 2019 23:33:54    Cb/Avenue,   Po Box 182789,
             Columbus, OH 43218-2789
517652829   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 15 2019 23:33:54    Cb/Vicscrt,
             220 W Schrock Rd,   Westerville, OH 43081-2873
517652831   +E-mail/Text: creditonebknotifications@resurgent.com Mar 15 2019 23:37:08    Creditonebnk,
             Po Box 98872,   Las Vegas, NV 89193-8872
517652833    E-mail/Text: mrdiscen@discover.com Mar 15 2019 23:33:32    Discoverbank,   Pob 15316,
             Wilmington, DE 19850
517760213   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 15 2019 23:47:52    Directv, LLC,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517663227    E-mail/Text: mrdiscen@discover.com Mar 15 2019 23:33:32    Discover Bank,
             Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
517781023    E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 23:33:51    Ditech Financial LLC,
             P.O. Box 6154,   Rapid City, SD 57709-6154
517652837   +E-mail/Text: cio.bncmail@irs.gov Mar 15 2019 23:33:44    Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
517726390    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2019 23:37:08
             LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
             FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517850612   +E-mail/Text: bankruptcy@pseg.com Mar 15 2019 23:33:30    PSE&G,   Attn: Bankruptcy Dept.,
             PO Box 490,   Cranford NJ 07016-0490
```

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 15, 2019
                             Form ID: 186              Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517766023          E-mail/Text: bnc-quantum@quantum3group.com Mar 15 2019 23:33:58
                   Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517652848         +E-mail/Text: newyork.bnc@ssa.gov Mar 15 2019 23:34:17     Social Security Administration,
                   Mid-Atlantic Program Service Center,   300 Spring Garden St.,   Philadelphia, PA 19123-2992
517652850         +E-mail/Text: newyork.bnc@ssa.gov Mar 15 2019 23:34:17     Social Security Administration,
                   935 ALLWOOD RD,   Clifton, NJ 07012-1997
517652849         +E-mail/Text: newyork.bnc@ssa.gov Mar 15 2019 23:34:17     Social Security Administration,
                   Office of the General Counsel, Region II,   26 Federal Plaza, Room 3904,
                   New York, NY 10278-4199
517652853         +E-mail/Text: bankruptcydepartment@tsico.com Mar 15 2019 23:34:25     Transworld Systems, Inc.,
                   500 Virginia Dr. Ste. 514,   Fort Washington, PA 19034-2707
                                                                                        TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517652830          Collbureau
517652835          Erc
517652838          Jeffcapsys
517652839          Kohls/Cap1
517652846          Sheraton Vista Villages
                                                                        TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
           Charles G. Wohlrab   on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
           SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in interest to Bank of
           America National Association, as Trustee, successor by cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
           Denise E. Carlon   on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Javier L. Merino    on behalf of Joint Debtor Chris Anne  Chao jmerino@dannlaw.com,
           notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
           ocketbird.com;Amy@DannLaw.com
           Javier L. Merino    on behalf of Debtor Alfredo F. Chao jmerino@dannlaw.com,
           notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
           ocketbird.com;Amy@DannLaw.com
           Jeanette F. Frankenberg   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicer for  U.S. Bank National Association, as Trustee, Successor in Interest to Bank of
           America National Association, as Trustee, Successor by Merger to cmecf@sternlav.com
           Joel R. Glucksman   on behalf of Creditor    City of Union City jglucksman@sh-law.com
           Marie-Ann Greenberg   magecf@magtrustee.com
           Rebecca Ann Solarz   on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
           Sindi Mncina   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for
           U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National
           Association, as Trustee, Successor by Merger to smncina@rascrane.com
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 10