UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DannLaw
BY: Javier L. Merino, Esq. #078112014
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Telephone No. (201) 355-3440
Attorneys for Debtor

Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alfredo F. Chao and Chris Anne Chao,

Case No.:    18-24434

Chapter:    13

Judge:    Meisel

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 22, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Javier L. Merino, Esq.._____, the applicant, is allowed a fee of $ _____2,713_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____2,713_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____3,974_____ per month for _____51_____ months to allow for payment of the above fee.

*rev.8/1/15*