| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>ALFREDO F. CHAO<br>CHRIS ANNE CHAO |

Case No.: 18-24434

Adv. No.:

Hearing Date: 11/21/2019

Judge: VFP

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/08/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
ALFREDO F. CHAO
CHRIS ANNE CHAO
279 HIGHLAND AVENUE
WOOD RIDGE, NJ  07075
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
JAVIER L. MERINO
DANN & MERINO, P.C.
372 Kinderkamack Road
Suite 5
Westwood, NJ  07675
Mode of Service:  Regular Mail

---

Dated:  October 08, 2019

By:  /S/ Jackie Michaels
Jackie Michaels