UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on November 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ALFREDO F. CHAO
CHRIS ANNE CHAO

Case No.:  18-24434 VFP

Hearing Date:  11/21/2019

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 27, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): ALFREDO F. CHAO
CHRIS ANNE CHAO

Case No.: 18-24434

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 11/21/2019 on notice to JAVIER L. MERINO, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $4,097.00 to the Trustee's office by 12/2/2019 or the case will be dismissed; and it is further

- ORDERED, that if satisfied, the Motion will be adjourned to 12/5/2019 at 10:00 AM.