| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on December 9, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>   ALFREDO F. CHAO<br>   CHRIS ANNE CHAO | Case No.:  18-24434 VFP<br><br>Hearing Date:  12/5/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 9, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): ALFREDO F. CHAO
CHRIS ANNE CHAO

Case No.: 18-24434

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/05/2019 on notice to JAVIER L. MERINO, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $4,097.00 starting on 12/1/2019 for the remaining 44 month(s); and it is further

- ORDERED, that the Debtor(s) must pay $4,097.00 to the Trustee's office by 12/10/2019 or the case will be dismissed with attorney consent to no further notice or hearing; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Alfredo F. Chao
Chris Anne Chao
    Debtors

Case No. 18-24434-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 09, 2019
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.
db/jdb        +Alfredo F. Chao,   Chris Anne Chao,   279 Highland Avenue,   Wood Ridge, NJ 07075-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    VRMTG Asset Trust NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Charles G. Wohlrab    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
           SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in interest to Bank of
           America National Association, as Trustee, successor by cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francis T. Tarlecki    on behalf of Creditor    VRMTG Asset Trust Njecfmail@mwc-law.com,
           ftarlecki.kashlaw@gmail.com
          Javier L. Merino    on behalf of Joint Debtor Chris Anne  Chao jmerino@dannlaw.com,
           notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
           ocketbird.com;Amy@DannLaw.com
          Javier L. Merino    on behalf of Debtor Alfredo F. Chao jmerino@dannlaw.com,
           notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
           ocketbird.com;Amy@DannLaw.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicer for  U.S. Bank National Association, as Trustee, Successor in Interest to Bank of
           America National Association, as Trustee, Successor by Merger to cmecf@sternlav.com
          Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@sh-law.com,
           rjoyce@sh-law.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Marisa Myers Cohen    on behalf of Creditor    Selene Financial LP mcohen@mwc-law.com,
           jhillier@mwc-law.com
          Melissa S DiCerbo    on behalf of Creditor    Selene Financial LP nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    VRMTG Asset Trust rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity but solely as Owner Trustee for VRMTG Asset Trust. rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for
           U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National
           Association, as Trustee, Successor by Merger to smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 16