**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:  CASE NO.: 18-24434-VFP
  CHAPTER 13

Alfredo F. Chao,
  Debtor.

Chris Anne Chao,
  Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of VRMTG ASSET TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Local Telephone: 973-575-0707
By: /s/Shauna Deluca
Shauna Deluca, Esquire
Email: sdeluca@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Alfredo F. Chao
Chris Anne Chao
279 Highland Avenue
Wood Ridge, NJ 07075

And via electronic mail to:

Javier L. Merino
DannLaw
372 Kinderkamack Road
Suite 5
Westwood, NJ 07675

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Local Telephone: 973-575-0707
By: /s/Shauna Deluca
Shauna Deluca, Esquire
Email: sdeluca@rasflaw.com