Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 18−24434−VFP
                          Chapter: 13
                          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alfredo F. Chao                                        Chris Anne Chao
   279 Highland Avenue                          279 Highland Avenue
   Wood Ridge, NJ 07075                        Wood Ridge, NJ 07075

Social Security No.:
   xxx−xx−0996                                            xxx−xx−9681

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on April 24, 2019.

   On 5/14/20 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                 June 18, 2020
Time:               08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 15, 2020
JAN: lc

                                                                                                      Jeanne Naughton
                                                                                                      Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 18-24434-VFP
Alfredo F. Chao                                               Chapter 13
Chris Anne Chao
         Debtors                CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 3                   Date Rcvd: May 15, 2020
                              Form ID: 185                Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db/jdb         +Alfredo F. Chao,    Chris Anne Chao,    279 Highland Avenue,    Wood Ridge, NJ 07075-1523
cr             +City of Union City,    Joel R. Glucksman, Esq.,     Scarinci & Hollenbeck,
                 1100 Valley Brook Avenue,    PO Box 790,    Lyndhurst, NJ 07071-0790
cr             +Kohl's,    Attn: Beckett and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +U.S. Bank Trust National Association,     Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbott's Bridge Road, Suite 170,     Duluth, GA 30097-8461
517652824      +Active Orthopedic & Sports Medicine,     attn: BILLING,    440 Old Hook Rd.,
                 Emerson, NJ 07630-1331
517652826      +Ashwood Fin,    1303 Stadium Ave,    Indianapolis, IN 46202
517678011      +City of Union City,    c/o Joel R. Glucksman, Esq.,     Scarinci & Hollenbeck, LLC,
                 1100 Valley Brook Avenue,    Lyndhurst, NJ 07071-3620
517652832      +DVCMC Association Manager,    PO Box 470727,    Celebration, FL 34747-0727
517652834       Ditech,    345 St. Peter Stre Saint,    Paul, MN 55102
517781023       Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
517652836      +Hackensack Foot and Ankle Center,     24 Bergen St. Ste. 1,    Hackensack, NJ 07601-5461
517863681       Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
517703916       LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,     Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 Attn: Bankruptcy Department, PO Box 6190,    Dallas, TX 75261-9741
517652840      +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517652842      +North Hudson Sewerage Authority,     1600 Adams St.,    Hoboken, NJ 07030-2304
517652843      +PSE&G Co.,    PO Box 14444,    New Brunswick, NJ 08906-4444
517652844       QVC Inc. Easy Pay,    Customer Service,    1200 Wilson Drive at Studio Park,
                 West Chester, PA 19380
517704344      +SANTANDER CONSUMER USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
517956799      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517652845      +Santander,    Po Box 961245,    Fort Worth, TX 76161-0244
518520091       Selene Finance LP as servicer for,     VRMTG Asset Trust,    Attn: Cashiering Dept.,
                 P.O. Box 71243,    Philadelphia, PA 19176-6243
518330496      +Selene Financial LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, Texas 77042-4546
518330497      +Selene Financial LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, Texas 77042,
                 Selene Financial LP,    9990 Richmond Avenue    Houston, Texas 77042-4546
517652847       Sheraton Vistana Villages Resort Villas,,    2401 International Dr.,    Orlando, FL 32821
517652851      +Spring OB/GYN, PC,    PO Box 14099,    Belfast, ME 04915-4034
517652852      +State of New Jersey - Department of the Treas,     Division of Taxation,    PO box 1018,
                 Moorestown, NJ 08057-0018
518809989      +U.S. Bank Trust National Association,     Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,     Duluth, GA 30097-8461
517724543      +VSE Vistana Villages, Inc.,    9002 San Marco Court,    Orlando, FL. 32819-8600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:52:00    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517652825      +E-mail/Text: bankruptcy@acbhq.com May 15 2020 22:51:31    American Cb,    1200 N Federal Hwy,
                 Boca Raton, FL 33432-2803
517768361       E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:58:20
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517652827       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:58:11    Cap One,
                 Po Box 85015,    Richmond, VA 23285-5075
517725228       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:58:52
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517652828      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:43    Cb/Avenue,    Po Box 182789,
                 Columbus, OH 43218-2789
517652829      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:43    Cb/Vicscrt,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
517652831      +E-mail/PDF: creditonebknotifications@resurgent.com May 15 2020 22:58:17    Creditonebnk,
                 Po Box 98872,    Las Vegas, NV 89193-8872
517652833       E-mail/Text: mrdiscen@discover.com May 15 2020 22:51:12    Discoverbank,    Pob 15316,
                 Wilmington, DE 19850
517760213      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:09:59    Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517663227       E-mail/Text: mrdiscen@discover.com May 15 2020 22:51:12    Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517652837      +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 15 2020 22:51:29    Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: May 15, 2020
                               Form ID: 185             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517726390        E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:58:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517652841       +E-mail/Text: NCI_bankonotify@ncirm.com May 15 2020 22:51:08      Nationwide Credit, Inc.,
                 PO Box 14581,    Des Moines, IA 50306-3581
517850612       +E-mail/Text: bankruptcy@pseg.com May 15 2020 22:50:36       PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
517766023        E-mail/Text: bnc-quantum@quantum3group.com May 15 2020 22:51:51
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517652848       +E-mail/Text: newyork.bnc@ssa.gov May 15 2020 22:52:16      Social Security Administration,
                 Mid-Atlantic Program Service Center,    300 Spring Garden St.,    Philadelphia, PA 19123-2992
517652850       +E-mail/Text: newyork.bnc@ssa.gov May 15 2020 22:52:16      Social Security Administration,
                 935 ALLWOOD RD,    Clifton, NJ 07012-1997
517652849       +E-mail/Text: newyork.bnc@ssa.gov May 15 2020 22:52:16      Social Security Administration,
                 Office of the General Counsel, Region II,    26 Federal Plaza, Room 3904,
                 New York, NY 10278-4199
517652853       +E-mail/Text: bankruptcydepartment@tsico.com May 15 2020 22:52:26       Transworld Systems, Inc.,
                 500 Virginia Dr. Ste. 514,    Fort Washington, PA 19034-2733
                                                                                               TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517652830       Collbureau
517652835       Erc
517652838       Jeffcapsys
517652839       Kohls/Cap1
517652846       Sheraton Vista Villages
518520092*      Selene Finance LP as servicer for,    VRMTG Asset Trust,    Attn: Cashiering Dept.,
                 P.O. Box 71243,    Philadelphia, PA 19176-6243
                                                                                   TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    VRMTG Asset Trust NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in interest to Bank of
               America National Association, as Trustee, successor by ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Francis T. Tarlecki    on behalf of Creditor    VRMTG Asset Trust Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Javier L. Merino    on behalf of Joint Debtor Chris Anne  Chao jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Javier L. Merino    on behalf of Debtor Alfredo F. Chao jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicer for   U.S. Bank National Association, as Trustee, Successor in Interest to Bank of
               America National Association, as Trustee, Successor by Merger to cmecf@sternlav.com
              Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@sh-law.com,
               rjoyce@sh-law.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: May 15, 2020
                               Form ID: 185             Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Marie-Ann Greenberg    magecf@magtrustee.com
        Marisa Myers Cohen    on behalf of Creditor    Selene Financial LP ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com
        Melissa S DiCerbo    on behalf of Creditor    Selene Financial LP nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor    VRMTG Asset Trust rsolarz@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. rsolarz@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
        Shauna M Deluca    on behalf of Creditor    U.S. Bank Trust National Association sdeluca@rasflaw.com
        Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 17