| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid & Crane LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Harold Kaplan (HK0226)

In Re:

**Alfredo F. Chao,**

    Debtor.

**Chris Anne Chao,**

    Joint Debtor.

Order Filed on July 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-24434-VFP

Chapter: 13

Hearing Date: July 16, 2020

Judge: Vincent F. Papalia

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby ORDERED.

**DATED: July 22, 2020**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page 2**

Secured Creditor: Selene Finance, LP as attorney in fact for VRMTG Asset Trust

Secured Creditor's Counsel: Robertson, Anschutz, Schneid & Crane LLC

Debtors' Counsel: Javier L. Merino, Esq.

Property Involved ("Collateral"): 2701 Palisade Avenue, Union City, NJ 07087

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ■ The Debtor is overdue for 5 months from 03/01/2020 through 07/01/2020.

   ■ The Debtor is overdue for 5 payments from 03/01/2020 through 07/01/2020 at $2,638.29 per month.

   ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   Funds Held In Suspense $1,718.08

   Total Arrearages Due $11,473.37

2. Debtor must cure all post-petition arrearages, as follows:

   ■ Beginning on 08/01/2020, regular monthly mortgage payments shall continue to be made in the amount of $2,638.29 per month.

   ■ Beginning on 07/15/2020, monthly cure payments shall be made in the amount of $1,912.23 for 5 months. A 6th and final payment in the amount of $1,912.22 shall be made on or before 12/15/2020 to cure the default in full.

3.  Payments to the Secured Creditor shall be made to the following address(es):

- Regular monthly payment: Selene Finance LP
  9990 Richmond Ave, Suite 400 South
  Houston, TX 77042

- Monthly cure payment: Selene Finance LP
  9990 Richmond Ave, Suite 400 South
  Houston, TX 77042

4.  In the event of Default:
- Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5.  Award of Attorneys' Fees:

   ■ The Applicant is awarded attorney fees of <u>$350.00</u> and costs of <u>$181.00</u>.

   The fees and costs are payable:

   ■ Through the Chapter 13 plan.

   ☐ To the Secured Creditor within _____ days.

   ☐ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

_____                    /s/ Harold Kaplan
Javier L. Merino, Esq.                             _____
*Attorney for Debtor(s)*                           Harold Kaplan, Esq.
Date: 07/08/2020                                   *Attorney for Secured Creditor*
                                                   Date: 8/8/2020

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                       Case No. 18-24434-VFP
Alfredo F. Chao                                              Chapter 13
Chris Anne Chao
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: Jul 22, 2020
                               Form ID: pdf903              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db/jdb         +Alfredo F. Chao,    Chris Anne Chao,   279 Highland Avenue,    Wood Ridge, NJ 07075-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    VRMTG Asset Trust NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in interest to Bank of
               America National Association, as Trustee, successor by ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Francis T. Tarlecki    on behalf of Creditor    VRMTG Asset Trust Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Harold N. Kaplan    on behalf of Creditor    VRMTG Asset Trust hkaplan@rasnj.com,
               informationathnk@aol.com
              Javier L. Merino    on behalf of Joint Debtor Chris Anne  Chao jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Javier L. Merino    on behalf of Debtor Alfredo F. Chao jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicer for  U.S. Bank National Association, as Trustee, Successor in Interest to Bank of
               America National Association, as Trustee, Successor by Merger to cmecf@sternlav.com
              Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@sh-law.com,
               rjoyce@sh-law.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Marisa Myers Cohen    on behalf of Creditor    Selene Financial LP ecfmail@ecf.courtdrive.com,
               jhillier@mwc-law.com
              Melissa S DiCerbo    on behalf of Creditor    Selene Financial LP nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    VRMTG Asset Trust rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust. rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    U.S. Bank Trust National Association sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for
                U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National
               Association, as Trustee, Successor by Merger to smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 18
```