Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−24434−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alfredo F. Chao                                          Chris Anne Chao
   279 Highland Avenue                          279 Highland Avenue
   Wood Ridge, NJ 07075                       Wood Ridge, NJ 07075

Social Security No.:
   xxx−xx−0996                                               xxx−xx−9681

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       9/3/20
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Javier L. Merino, Debtor's Attorney

COMMISSION OR FEES
$1,100.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 11, 2020
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-24434-VFP
Alfredo F. Chao                                                     Chapter 13
Chris Anne Chao
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Aug 11, 2020
                              Form ID: 137             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
```
db/jdb         +Alfredo F. Chao,    Chris Anne Chao,   279 Highland Avenue,    Wood Ridge, NJ 07075-1523
cr             +City of Union City,    Joel R. Glucksman, Esq.,    Scarinci & Hollenbeck,
                 1100 Valley Brook Avenue,    PO Box 790,    Lyndhurst, NJ 07071-0790
cr             +Kohl's,   Attn: Beckett and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +U.S. Bank Trust National Association,    Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
517652824      +Active Orthopedic & Sports Medicine,    attn: BILLING,    440 Old Hook Rd.,
                 Emerson, NJ 07630-1331
517652826      +Ashwood Fin,    1303 Stadium Ave,    Indianapolis, IN 46202
517678011      +City of Union City,    c/o Joel R. Glucksman, Esq.,    Scarinci & Hollenbeck, LLC,
                 1100 Valley Brook Avenue,    Lyndhurst, NJ 07071-3620
517652832      +DVCMC Association Manager,    PO Box 470727,    Celebration, FL 34747-0727
517652834       Ditech,   345 St. Peter Stre Saint,    Paul, MN 55102
517781023       Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
517652836      +Hackensack Foot and Ankle Center,    24 Bergen St. Ste. 1,    Hackensack, NJ 07601-5461
517863681       Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517703916       LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 Attn: Bankruptcy Department, PO Box 6190,    Dallas, TX 75261-9741
517652840      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517652842      +North Hudson Sewerage Authority,    1600 Adams St.,    Hoboken, NJ 07030-2304
517652843      +PSE&G Co.,   PO Box 14444,    New Brunswick, NJ 08906-4444
517652844       QVC Inc. Easy Pay,    Customer Service,    1200 Wilson Drive at Studio Park,
                 West Chester, PA 19380
517704344      +SANTANDER CONSUMER USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
517956799     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517652845      +Santander,    Po Box 961245,    Fort Worth, TX 76161-0244
518520091       Selene Finance LP as servicer for,    VRMTG Asset Trust,    Attn: Cashiering Dept.,
                 P.O. Box 71243,    Philadelphia, PA 19176-6243
518330496      +Selene Financial LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, Texas 77042-4546
518330497      +Selene Financial LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, Texas 77042,
                 Selene Financial LP,    9990 Richmond Avenue 77042-4546
517652847       Sheraton Vistana Villages Resort Villas,,    2401 International Dr.,    Orlando, FL 32821
517652851      +Spring OB/GYN, PC,    PO Box 14099,    Belfast, ME 04915-4034
517652852      +State of New Jersey - Department of the Treas,    Division of Taxation,    PO box 1018,
                 Moorestown, NJ 08057-0018
518809989      +U.S. Bank Trust National Association,    Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
517724543      +VSE Vistana Villages, Inc.,    9002 San Marco Court,    Orlando, FL. 32819-8600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2020 00:17:11     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2020 00:17:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517652825      +E-mail/Text: bankruptcy@acbhq.com Aug 12 2020 00:16:43     American Cb,    1200 N Federal Hwy,
                 Boca Raton, FL 33432-2803
517768361       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 00:13:34
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517652827      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 12 2020 00:13:04     Cap One,
                 Po Box 85015,    Richmond, VA 23285-5075
517725228       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 12 2020 00:13:54
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517652828      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2020 00:16:52     Cb/Avenue,    Po Box 182789,
                 Columbus, OH 43218-2789
517652829      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2020 00:16:52     Cb/Vicscrt,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
517652831      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 12 2020 00:13:29     Creditonebnk,
                 Po Box 98872,    Las Vegas, NV 89193-8872
517652833       E-mail/Text: mrdiscen@discover.com Aug 12 2020 00:16:24     Discoverbank,    Pob 15316,
                 Wilmington, DE 19850
517760213      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 12 2020 00:24:52     Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517663227       E-mail/Text: mrdiscen@discover.com Aug 12 2020 00:16:24     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0312-2                 User: admin                    Page 2 of 3                   Date Rcvd: Aug 11, 2020
                                     Form ID: 137                   Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517652837        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 12 2020 00:16:37      Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
517726390         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 00:13:10
                  LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                  FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517652841        +E-mail/Text: NCI_bankonotify@ncirm.com Aug 12 2020 00:16:15      Nationwide Credit, Inc.,
                  PO Box 14581,   Des Moines, IA 50306-3581
517850612        +E-mail/Text: bankruptcy@pseg.com Aug 12 2020 00:16:08      PSE&G,    Attn: Bankruptcy Dept.,
                  PO Box 490,   Cranford NJ 07016-0490
517766023         E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2020 00:17:01
                  Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517652848        +E-mail/Text: newyork.bnc@ssa.gov Aug 12 2020 00:17:31      Social Security Administration,
                  Mid-Atlantic Program Service Center,    300 Spring Garden St.,    Philadelphia, PA 19123-2992
517652850        +E-mail/Text: newyork.bnc@ssa.gov Aug 12 2020 00:17:31      Social Security Administration,
                  935 ALLWOOD RD,   Clifton, NJ 07012-1997
517652849        +E-mail/Text: newyork.bnc@ssa.gov Aug 12 2020 00:17:31      Social Security Administration,
                  Office of the General Counsel, Region II,    26 Federal Plaza, Room 3904,
                  New York, NY 10278-4199
517652853        +E-mail/Text: bankruptcydepartment@tsico.com Aug 12 2020 00:17:46      Transworld Systems, Inc.,
                  500 Virginia Dr. Ste. 514,   Fort Washington, PA 19034-2733
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517652830       Collbureau
517652835       Erc
517652838       Jeffcapsys
517652839       Kohls/Cap1
517652846       Sheraton Vista Villages
518520092*      Selene Finance LP as servicer for,   VRMTG Asset Trust,   Attn: Cashiering Dept.,
                 P.O. Box 71243,   Philadelphia, PA 19176-6243
                                                                                         TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    VRMTG Asset Trust NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in interest to Bank of
               America National Association, as Trustee, successor by ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Francis T. Tarlecki    on behalf of Creditor    VRMTG Asset Trust Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Harold N. Kaplan    on behalf of Creditor    VRMTG Asset Trust hkaplan@rasnj.com,
               informationathnk@aol.com
              Javier L. Merino    on behalf of Joint Debtor Chris Anne  Chao jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Javier L. Merino    on behalf of Debtor Alfredo F. Chao jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
```

```
District/off: 0312-2              User: admin                Page 3 of 3             Date Rcvd: Aug 11, 2020
                                  Form ID: 137               Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for  U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to cmecf@sternlav.com
        Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@sh-law.com, rjoyce@sh-law.com
        Marie-Ann  Greenberg     magecf@magtrustee.com
        Marisa Myers Cohen    on behalf of Creditor    Selene Financial LP ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com
        Melissa S DiCerbo    on behalf of Creditor    Selene Financial LP nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor    VRMTG Asset Trust rsolarz@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. rsolarz@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
        Shauna M Deluca    on behalf of Creditor    U.S. Bank Trust National Association sdeluca@rasflaw.com
        Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for  U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 18