JAVIER L. MERINO
DANN & MERINO, P.C.
372 Kinderkamack Road
Suite 5
Westwood, NJ  07675

Re: ALFREDO F. CHAO
    CHRIS ANNE CHAO
    279 HIGHLAND AVENUE
    WOOD RIDGE,  NJ  07075

Atty: JAVIER L. MERINO
      DANN & MERINO, P.C.
      372 Kinderkamack Road
      Suite 5
      Westwood, NJ  07675

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 18-24434

## RECEIPTS AS OF 01/15/2021           (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/04/2018 | $3,466.00 | 5199702000 | 10/01/2018 | $3,466.00 | 5273434000 |
| 11/01/2018 | $3,466.00 | 5355569000 | 12/03/2018 | $3,466.00 | 5435189000 |
| 12/27/2018 | $3,466.00 | 5493431000 | 01/30/2019 | $3,466.00 | 5579617000 |
| 03/04/2019 | $3,466.00 | 5667766000 | 03/26/2019 | $3,466.00 | 5728022000 |
| 05/02/2019 | $3,466.00 | 5827182000 | 05/07/2019 | ($3,466.00) | 5827182000 |
| 05/31/2019 | $3,466.00 | | 06/19/2019 | $3,915.00 | |
| 07/17/2019 | $3,915.00 | | 08/19/2019 | $3,915.00 | |
| 10/17/2019 | $3,915.00 | | 12/10/2019 | $4,097.00 | |
| 01/15/2020 | $4,097.00 | | 02/10/2020 | $4,097.00 | |
| 03/09/2020 | $4,097.00 | | 04/15/2020 | $4,097.00 | |
| 05/08/2020 | $4,097.00 | | 07/08/2020 | $2,700.00 | |
| 07/15/2020 | $2,700.00 | | 08/19/2020 | $2,700.00 | |
| 09/17/2020 | $2,700.00 | | 10/16/2020 | $2,700.00 | |
| 11/19/2020 | $2,700.00 | | 12/31/2020 | $2,700.00 | |

**Total Receipts: $90,336.00 -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $90,336.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CITY OF UNION CITY | | | | | | |
| | 05/20/2019 | $351.24 | 825,466 | 06/17/2019 | $58.10 | 827,493 |
| | 07/15/2019 | $65.63 | 829,344 | 08/19/2019 | $65.63 | 831,310 |
| | 09/16/2019 | $65.63 | 833,333 | 10/21/2019 | $64.81 | 835,351 |
| | 12/16/2019 | $67.82 | 839,372 | 02/10/2020 | $67.82 | 843,123 |
| | 03/16/2020 | $135.64 | 845,026 | 04/20/2020 | $64.39 | 846,977 |
| | 05/18/2020 | $64.39 | 848,869 | 07/20/2020 | $87.22 | 852,356 |
| | 09/21/2020 | $67.70 | 856,037 | 10/19/2020 | $43.41 | 857,917 |
| | 12/21/2020 | $43.41 | 861,534 | 01/11/2021 | $43.41 | 863,318 |
| DITECH FINANCIAL LLC | | | | | | |
| | 05/20/2019 | $11,747.97 | 824,802 | 06/17/2019 | $1,943.29 | 826,870 |

**Chapter 13 Case # 18-24434**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NORTH HUDSON SEWERAGE AUTHORITY | | | | | | | |
| | 05/20/2019 | $667.95 | 825,907 | | 06/17/2019 | $110.49 | 827,878 |
| | 07/15/2019 | $124.80 | 829,738 | | 08/19/2019 | $124.80 | 831,747 |
| | 09/16/2019 | $124.80 | 833,741 | | 10/21/2019 | $123.24 | 835,777 |
| | 12/16/2019 | $128.97 | 839,756 | | 02/10/2020 | $128.97 | 843,513 |
| | 03/16/2020 | $257.95 | 845,436 | | 04/20/2020 | $122.44 | 847,382 |
| | 05/18/2020 | $122.44 | 849,220 | | 07/20/2020 | $165.87 | 852,734 |
| | 09/21/2020 | $128.75 | 856,431 | | 10/19/2020 | $82.55 | 858,280 |
| | 12/21/2020 | $82.55 | 861,910 | | 01/11/2021 | $82.55 | 863,633 |
| SELENE FINANCE LP | | | | | | | |
| | 07/15/2019 | $2,195.03 | 829,906 | | 08/19/2019 | $2,195.03 | 831,928 |
| | 09/16/2019 | $2,195.03 | 833,917 | | 10/21/2019 | $2,167.59 | 835,973 |
| STATE OF NJ | | | | | | | |
| | 05/20/2019 | $1,158.40 | 826,385 | | 05/20/2019 | $912.85 | 826,386 |
| | 06/17/2019 | $191.62 | 828,290 | | 07/15/2019 | $216.44 | 830,155 |
| | 08/19/2019 | $216.44 | 832,189 | | 09/16/2019 | $216.44 | 834,143 |
| | 10/21/2019 | $213.73 | 836,227 | | 12/16/2019 | $223.67 | 840,120 |
| | 02/10/2020 | $223.67 | 843,872 | | 03/16/2020 | $447.34 | 845,803 |
| | 04/20/2020 | $212.34 | 847,763 | | 05/18/2020 | $212.35 | 849,544 |
| | 07/20/2020 | $287.65 | 853,085 | | 09/21/2020 | $223.28 | 856,769 |
| | 10/19/2020 | $143.17 | 858,600 | | 12/21/2020 | $143.17 | 862,248 |
| | 01/11/2021 | $143.17 | 863,873 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 05/20/2019 | $6,183.76 | 8,001,066 | | 06/17/2019 | $1,022.89 | 8,001,111 |
| | 07/15/2019 | $1,155.39 | 8,001,153 | | 08/19/2019 | $1,155.39 | 8,001,194 |
| | 09/16/2019 | $1,155.39 | 8,001,237 | | 10/21/2019 | $1,140.95 | 8,001,281 |
| | 12/16/2019 | $1,193.99 | 8,001,362 | | 02/10/2020 | $1,193.99 | 8,001,441 |
| | 03/16/2020 | $2,387.99 | 8,001,481 | | 04/20/2020 | $1,133.53 | 8,001,529 |
| | 05/18/2020 | $1,133.54 | 8,001,590 | | 07/20/2020 | $1,535.54 | 8,001,710 |
| | 09/21/2020 | $1,191.90 | 8,001,832 | | 10/19/2020 | $764.25 | 8,001,890 |
| | 12/21/2020 | $764.25 | 8,002,005 | | 01/11/2021 | $764.26 | 8,002,061 |
| VRMTG ASSET TRUST | | | | | | | |
| | 12/16/2019 | $2,268.37 | 839,152 | | 02/10/2020 | $2,268.37 | 842,906 |
| | 03/16/2020 | $4,536.73 | 844,795 | | 04/20/2020 | $2,153.50 | 846,741 |
| | 05/18/2020 | $2,153.50 | 848,671 | | 07/20/2020 | $2,917.24 | 852,120 |
| | 09/21/2020 | $2,264.38 | 855,785 | | 09/21/2020 | $17.86 | 855,785 |
| | 10/19/2020 | $11.45 | 857,676 | | 10/19/2020 | $1,451.93 | 857,676 |
| | 12/21/2020 | $11.45 | 861,266 | | 12/21/2020 | $1,451.93 | 861,266 |
| | 01/11/2021 | $1,451.94 | 863,090 | | 01/11/2021 | $11.45 | 863,090 |
| VSE VISTANA VILLAGES INC | | | | | | | |
| | 05/20/2019 | $5.92 | 825,012 | | 10/21/2019 | $5.40 | 834,850 |
| | 04/20/2020 | $5.66 | 846,457 | | 12/21/2020 | $5.16 | 860,989 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,387.98 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,313.00 | 100.00% | 6,313.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACTIVE ORTHOPEDIC & SPORTS MEDICI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 66.91 | 100.00% | 0.00 | 66.91 |
| 0003 | ASHWOOD FIN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,921.19 | 100.00% | 0.00 | 2,921.19 |
| 0005 | QUANTUM3 GROUP LLC | UNSECURED | 200.00 | 100.00% | 0.00 | 200.00 |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 294.51 | 100.00% | 0.00 | 294.51 |
| 0007 | COLLBUREAU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 821.15 | 100.00% | 0.00 | 821.15 |

Chapter 13 Case # 18-24434

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | DISCOVER BANK | UNSECURED | 442.91 | 100.00% | 0.00 | 442.91 |
| 0011 | VRMTG ASSET TRUST | MORTGAGE ARRE | 106,065.08 | 100.00% | 45,361.83 | 60,703.25 |
| 0012 | DIRECT TV, LLC | UNSECURED | 157.26 | 100.00% | 0.00 | 157.26 |
| 0013 | HACKENSACK FOOT AND ANKLE CENTE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | JEFFCAPSYS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | KOHLS/CAP1 | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | NORTH HUDSON SEWERAGE AUTHORITY | SECURED | 6,030.54 | 100.00% | 2,579.12 | 3,451.42 |
| 0020 | PSE&G | UNSECURED | 2,816.41 | 100.00% | 0.00 | 2,816.41 |
| 0021 | QVC INC. EASY PAY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | SOCIAL SECURITY ADMINISTRATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | SPRING OB/GYN, PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | DISCOVER BANK | UNSECURED | 1,025.38 | 100.00% | 0.00 | 1,025.38 |
| 0035 | UNITED STATES TREASURY/IRS | SECURED | 55,829.27 | 100.00% | 23,877.01 | 31,952.26 |
| 0036 | CITY OF UNION CITY | SECURED | 3,171.15 | 100.00% | 1,356.25 | 1,814.90 |
| 0037 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,019.71 | 100.00% | 0.00 | 2,019.71 |
| 0039 | LVNV FUNDING LLC | UNSECURED | 493.05 | 100.00% | 0.00 | 493.05 |
| 0040 | DISCOVERBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | NATIONSTAR MORTGAGE LLC | MTG SURRENDER | 0.00 | 100.00% | 0.00 | 0.00 |
| 0042 | VSE VISTANA VILLAGES INC | MORTGAGE ARRE | 53.48 | 100.00% | 22.14 | 31.34 |
| 0043 | STATE OF NJ | SECURED | 10,458.49 | 100.00% | 4,472.88 | 5,985.61 |
| 0044 | STATE OF NJ | PRIORITY | 912.85 | 100.00% | 912.85 | 0.00 |
| 0045 | STATE OF NJ | UNSECURED | 11,456.64 | 100.00% | 0.00 | 11,456.64 |
| 0046 | VRMTG ASSET TRUST | (NEW) MTG Agree | 531.00 | 100.00% | 52.21 | 478.79 |

Total Paid: $90,335.27
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $90,336.00    -    Paid to Claims: $78,634.29    -    Admin Costs Paid: $11,700.98    =    Funds on Hand: $0.73

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.