| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Edward H. Cahill<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH  43216-5028<br>Telephone: 614-222-4921<br>Email: ehc@manleydeas.com<br>Attorney for: Disney Vacation Club Management, LLC. | Case No.: _18-24434_<br><br>Chapter:_13_<br><br>Hearing Date: _____<br><br>Hearing Time: _____<br><br>Judge: _Vincent F. Papalia_ |
| In Re:<br><br>Alfredo F. Chao<br>Chris Anne Chao | |

## NOTICE OF CHANGE OF ADDRESS

Manley Deas Kochalski LLC gives notice to the Court and all parties that the **notice and payment address** for **Disney Vacation Club Management, LLC.** ("Creditor") has changed.

All notices, pleadings, and other papers required, or permitted to be served or filed, and all payments to Creditor by Trustee, Debtor, or both, should be sent to:

    Disney Vacation Club
    1851 Community Drive
    Lake Buena Vista, FL 32830

    Respectfully submitted,

    /s/ Edward H. Cahill
    Edward H. Cahill
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Authorized Agent for Creditor
    Contact email is amps@manleydeas.com

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Change of Address was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Marie-Ann Greenberg, mag@magrrustee.com

Javier L. Merino, Attorney for Alfredo F. Chao and Chris Anne Chao, jmerino@dannlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Alfredo F. Chao and Chris Anne Chao, 279 Highland Avenue, Wood Ridge, NJ  07075

/s/ Edward H. Cahill