Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−24434−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alfredo F. Chao                              Chris Anne Chao
279 Highland Avenue                    279 Highland Avenue
Wood Ridge, NJ 07075                 Wood Ridge, NJ 07075

Social Security No.:
xxx−xx−0996                                  xxx−xx−9681

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/21/22 at 10:00 AM

to consider and act upon the following:

*100* − Creditor's Certification of Default (related document:90 Order on Motion For Relief From Stay) filed by Shauna M Deluca on behalf of Selene Finance LP as servicer for VRMTG Asset Trust. Objection deadline is 03/28/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Deluca, Shauna)

*101* − Certification in Opposition to Certification of Default (related document:100 Creditor's Certification of Default (related document:90 Order on Motion For Relief From Stay) filed by Shauna M Deluca on behalf of Selene Finance LP as servicer for VRMTG Asset Trust. Objection deadline is 03/28/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor Selene Finance LP as servicer for VRMTG Asset Trust) filed by Javier L. Merino on behalf of Alfredo F. Chao, Chris Anne Chao. (Attachments: # 1 Certification of Service) (Merino, Javier)

Dated: 3/22/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court