UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor VRMTG Asset Trust

In Re:

Alfredo F. Chao &
Chris Anne Chao

Debtors,

Case No.:    18-24434-VFP

Adversary No.:    _____

Chapter:    13

Judge:    Vincent F. Papalia

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    VRMTG Asset Trust
(Example: John Smith, creditor)

Old address:    Selene Finance, LP
Attn: BK Dept.
9990 Richmond Ave. Suite 400 South
Houston, TX 77042

New address:    (Notices) Selene Finance, LP
Attn: BK Dept.
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

(Payments) Selene Finance, LP
Attn: BK Dept.
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Dated 6/2/2022                /s/Harold Kaplan
                                                Signature

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on __June 13, 2022__, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Alfredo F. Chao**
279 Highland Avenue
Wood Ridge, NJ 07075

**Chris Anne Chao**
279 Highland Avenue
Wood Ridge, NJ 07075

And via electronic mail to:

**Javier L. Merino**
Dann Law Firm
1520 U.S. Highway 130
Suite 101
Suite 5
North Brunswick, NJ 08902

**Marie-Ann Greenberg**
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Angela Gill