UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Javier L. Merino
DannLaw
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com

In Re:

Alfredo F. Chao
Chris Anne Chao

**Order Filed on July 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____18-24334_____

Chapter: 13

Judge: _____VFP_____

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 5, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Javier L. Merino, Esq._____, the applicant, is allowed a fee of $ _____369.50_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____369.50_____ . The allowance shall be payable:

☑        through the Chapter 13 plan as an administrative priority.

❏        outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-24434-VFP

Alfredo F. Chao                                                                   Chapter 13

Chris Anne Chao

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Alfredo F. Chao, Chris Anne Chao, 279 Highland Avenue, Wood Ridge, NJ 07075-1523 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor VRMTG Asset Trust NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francis T. Tarlecki | on behalf of Creditor VRMTG Asset Trust Njecfmail@mwc-law.com  ftarlecki.kashlaw@gmail.com |

District/off: 0312-2                           User: admin                                    Page 2 of 2
Date Rcvd: Jul 06, 2022                        Form ID: pdf903                                Total Noticed: 1

Harold N. Kaplan
                    on behalf of Creditor VRMTG Asset Trust hkaplan@rasnj.com  informationathnk@aol.com

Harold N. Kaplan
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for
                    VRMTG Asset Trust. hkaplan@rasnj.com, informationathnk@aol.com

Javier L. Merino
                    on behalf of Joint Debtor Chris Anne Chao jmerino@dannlaw.com
                    notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

Javier L. Merino
                    on behalf of Debtor Alfredo F. Chao jmerino@dannlaw.com
                    notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

Jeanette F. Frankenberg
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association  as Trustee,
                    Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to cmecf@sternlav.com

Joel R. Glucksman
                    on behalf of Creditor City of Union City jglucksman@sh-law.com  rjoyce@sh-law.com

Jonathan C. Schwalb
                    on behalf of Creditor Selene Finance LP as servicer for VRMTG Asset Trust bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Marisa Myers Cohen
                    on behalf of Creditor Selene Financial LP nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Melissa S DiCerbo
                    on behalf of Creditor Selene Financial LP nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
                    on behalf of Creditor DITECH FINANCIAL LLC rsolarz@kmllawgroup.com

Rebecca Ann Solarz
                    on behalf of Creditor VRMTG Asset Trust rsolarz@kmllawgroup.com

Rebecca Ann Solarz
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for
                    VRMTG Asset Trust. rsolarz@kmllawgroup.com

Shauna M Deluca
                    on behalf of Creditor U.S. Bank Trust National Association sdeluca@hasbanilight.com  hllawpc@gmail.com

Shauna M Deluca
                    on behalf of Creditor Selene Finance LP as servicer for VRMTG Asset Trust sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association  as Trustee,
                    Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to smncina@raslg.com

Sindi Mncina
                    on behalf of Creditor VRMTG Asset Trust smncina@raslg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 22