UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                            CASE NO.: 18-24434-VFP
                                                                                              CHAPTER 13

**Alfredo F. Chao,**
   Debtor.

**Chris Anne Chao,**
   Joint Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Authorized Agent for Secured Creditor
                                              130 Clinton Rd #202
                                              Fairfield, NJ 07004
                                              Telephone: 470-321-7112

                                              By: /s/Kimberly Wilson
                                                  Kimberly Wilson
                                                  Email: kimwilson@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ALFREDO F. CHAO
279 HIGHLAND AVENUE
WOOD RIDGE, NJ 07075

CHRIS ANNE CHAO
279 HIGHLAND AVENUE
WOOD RIDGE, NJ 07075

And via electronic mail to:

DANN LAW FIRM
1520 U.S. HIGHWAY 130
SUITE 101, SUITE 5
NORTH BRUNSWICK, NJ 08902

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr