Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–24434–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alfredo F. Chao
279 Highland Avenue
Wood Ridge, NJ 07075

Chris Anne Chao
279 Highland Avenue
Wood Ridge, NJ 07075

Social Security No.:
xxx–xx–0996

xxx–xx–9681

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/2/23 at 10:00 AM

to consider and act upon the following:

*118* – Creditor's Certification of Default (related document:90 Order on Motion For Relief From Stay) filed by Kimberly A. Wilson on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust.. Objection deadline is 02/15/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Wilson, Kimberly)

*119* – Certification in Opposition to Notice of Default (related document:118 Creditor's Certification of Default (related document:90 Order on Motion For Relief From Stay) filed by Kimberly A. Wilson on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust.. Objection deadline is 02/15/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust.) filed by Javier L. Merino on behalf of Alfredo F. Chao, Chris Anne Chao. (Attachments: # 1 Certification of Service) (Merino, Javier)

Dated: 2/10/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court