Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24434−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alfredo F. Chao                                         Chris Anne Chao
  279 Highland Avenue                                     279 Highland Avenue
  Wood Ridge, NJ 07075                                    Wood Ridge, NJ 07075

Social Security No.:
  xxx−xx−0996                                             xxx−xx−9681

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/21/23 at 10:00 AM

to consider and act upon the following:

*124* – Creditor's Certification of Default (related document:122 Order (Generic)) filed by Sindi Mncina on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust.. Objection deadline is 08/30/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Mncina, Sindi)

*125* – Certification in Opposition to Certification in Default (related document:124 Creditor's Certification of Default (related document:122 Order (Generic)) filed by Sindi Mncina on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust.. Objection deadline is 08/30/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust.) filed by Javier L. Merino on behalf of Alfredo F. Chao, Chris Anne Chao. (Attachments: # 1 Proof of Payments # 2 Certification of Service) (Merino, Javier)

Dated: 8/23/23

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court