Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24434−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alfredo F. Chao
279 Highland Avenue
Wood Ridge, NJ 07075

Chris Anne Chao
279 Highland Avenue
Wood Ridge, NJ 07075

Social Security No.:
xxx−xx−0996

xxx−xx−9681

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/21/23 at 10:00 AM

to consider and act upon the following:

*124* − Creditor's Certification of Default (related document:122 Order (Generic)) filed by Sindi Mncina on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust.. Objection deadline is 08/30/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Mncina, Sindi)

*125* − Certification in Opposition to Certification in Default (related document:124 Creditor's Certification of Default (related document:122 Order (Generic)) filed by Sindi Mncina on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust.. Objection deadline is 08/30/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust.) filed by Javier L. Merino on behalf of Alfredo F. Chao, Chris Anne Chao. (Attachments: # 1 Proof of Payments # 2 Certification of Service) (Merino, Javier)

Dated: 8/23/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-24434-VFP |
| Alfredo F. Chao | Chapter 13 |
| Chris Anne Chao | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 23, 2023 | Form ID: ntchrgbk | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alfredo F. Chao, 279 Highland Avenue, Wood Ridge, NJ 07075-1523 |
| jdb | #+ | Chris Anne Chao, 279 Highland Avenue, Wood Ridge, NJ 07075-1523 |
| cr | + | City of Union City, Joel R. Glucksman, Esq., Scarinci & Hollenbeck, 1100 Valley Brook Avenue, PO Box 790 Lyndhurst, NJ 07071-0790 |
| cr | + | Kohl's, Attn: Beckett and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper as servic, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Selene Finance LP as servicer for VRMTG Asset Trus, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 23 2023 20:30:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 23, 2023 | Form ID: ntchrgbk | Total Noticed: 7 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor VRMTG Asset Trust NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor VRMTG Asset Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-15, U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francis T. Tarlecki | on behalf of Creditor VRMTG Asset Trust Njecfmail@mwc-law.com ftarlecki.kashlaw@gmail.com |
| Harold N. Kaplan | on behalf of Creditor VRMTG Asset Trust hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. hkaplan@rasnj.com, kimwilson@raslg.com |
| Javier L. Merino | on behalf of Joint Debtor Chris Anne Chao jmerino@dannlaw.com 9497659420@filings.docketbird.com |
| Javier L. Merino | on behalf of Debtor Alfredo F. Chao jmerino@dannlaw.com 9497659420@filings.docketbird.com |
| Jeanette F. Frankenberg | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to cmecf@sternlav.com |
| Joel R. Glucksman | on behalf of Creditor City of Union City jglucksman@sh-law.com lmargotta@sh-law.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for VRMTG Asset Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor Selene Financial LP nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Selene Financial LP nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Shauna M Deluca | on behalf of Creditor Selene Finance LP as servicer for VRMTG Asset Trust sdeluca@hasbanilight.com hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank Trust National Association sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor VRMTG Asset Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Aug 23, 2023 Form ID: ntchrgbk Total Noticed: 7
TOTAL: 23