Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24434−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alfredo F. Chao
2701 Palisade Avenue, Apt. 2,
Union City, NJ 07087

Chris Anne Chao
2701 Palisade Avenue, Apt. 2,
Union City, NJ 07087

Social Security No.:
  xxx−xx−0996                                         xxx−xx−9681

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 23, 2025            Vincent F. Papalia
                                   Judge, United States Bankruptcy Court